Date: 02-24-12       **SENTENCING**       Judge: O'GRADY

Time: 9: 19 To 9:25                    Reporter: N. Linnell

                                                Interpreter: Ezequiel Ortiz

                                                Language: Spanish

UNITED STATES of AMERICA

                                   Case Number: 1:11CR00566-001

     V.

HERBERTH ANTONIO GONZALEZ-SANCHEZ

Counsel/Govt: Aaron Lewis and Chad Golder           Counsel/Deft: Gregory Mitchell

Court adopts PSI ( X )with exceptions:_____

_____

_____

**SENTENCING GUIDELINES :**                   Court departs from Guidelines pursuant

Offense Level:    14                               to:

Criminal History: 1                           ___    USSG 5H1.3 and 5H1.4

Imprisonment Range: 15 to 21 months         ___    USSG 5K1.1

Supervised Release Range: 1 to 3 years         ___    USSG 5K2.12

Fine Range: $4,000.00 to $40,000.00            ___    USSG 5C1.2

Restitution $ 0                                 ___    Other:_____

Special Assessment $ 100        ( ) Satisfied      ( ) Unsatisfied, due immediately

($100 on each count)

**JUDGMENT OF THE COURT:**

BOP for 15 Months, w/credit for time served awaiting sentencing on this case_____

Supervised Release for    3 years    with special conditions: ( x )Yes ( ) No

Supervised Probation for _____Years, with special conditions: ( ) Yes ( ) No

Fine Imposed of $ _____ due immediately/ monthly installments of $_____ to begin w/in

_____ days of release from custody/imposition of sentence

( X )     Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**

_____    Dft. shall comply with the requirements of the Computer Monitoring Program as administered by the probation officer.

__X__    If dft. is not deported, he shall comply with the standard conditions of supervised release.

_____    Dft. to remain drug free, submit to In/Out patient testing as directed. Dft shall waive all rights of confidentiality.

_____    Dft. shall perform _____ of community service during the period of supervision as directed by the probation officer.

_____    No new credit

_____    Access to all financial records.

_____    No purchases over $_____ without prior approval from the probation officer.

_____    Pay restitution of $_____ in monthly installments of $____ to begin upon release from custody as directed by probation officer.

_____    Drug testing waived

_____    Home Confinement Program with electronic monitoring at defendant's expense, for a period of SIX (6) months as directed by the probation officer. During this time he will remain at his place of residence except for employment and other activities approved in advance by the probation officer.

__X__    Dft. must fully cooperate w/Bureau of Immigration and Customs Enforcement and, if deported, remain outside the United States.

**RECOMMENDATIONS to BOP:**

__X__    Dft. to be designated to: a facility in the Northern Virginia area to be near family.

_____    Dft. to participate in 500 hrs Intensive Drug Treatment Program

Defendant is remanded.